# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**THOMAS SIERRA**                                                    **PLAINTIFF**

v.                        No. 4:22-mc-13-DPM

**REYNALDO GUEVARA;**                                  **DEFENDANT**
**ANTHONY WOJCIK;**
**JOHN MCMURRAY;**
**GEORGE FIGUEROA;**
**EDWARD MINGEY;**
**ROBERT BIEBEL;**
**JOANN HALVORSEN,**
As special representative of
Ernest Halvorsen, deceased other;
and **CITY OF CHICAGO**

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, *Doc. 39*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to compel, *Doc. 2*, granted. Rodriguez must pay $1,615 in sanctions to Sierra. This matter is closed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 January 2023